# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kasey Jay Kirk          BK NO. 23-00436 HWV

              Debtor(s)

                                                 Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                           Respectfully submitted,

                                           **/s/ Michael P. Farrington**
                                           Michael P. Farrington, Esquire
                                           Attorney I.D. No. 329636
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106
                                           215-627-1322
                                           mfarrington@kmllawgroup.com