# EXHIBIT C

When Recorded Return To:
DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

Parcel No.

## CORPORATE ASSIGNMENT OF MORTGAGE

Cumberland, Pennsylvania
SELLER'S SERVICING ▮▮▮ "KIRK"

MIN #: ▮▮▮▮    SIS #: ▮▮▮▮

Date of Assignment: October 11th, 2019
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR TIDEWATER MORTGAGE SERVICES, INC., ITS SUCCESSORS AND ASSIGNS
Assignee: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

I hereby certify the precise address of the within named Assignor is P.O. BOX 2026, FLINT, MI 48501-2026.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC has a physical address at 1901 E Voorhees Street, Suite C, Danville, IL 61834 and a mailing address at P.O. BOX 2026, FLINT, MI 48501-2026

Executed By: KASEY J. KIRK, ADULT INDIVIDUAL To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR TIDEWATER MORTGAGE SERVICES, INC.
Date of Mortgage: 11/29/2016 Recorded: 12/05/2016 as Instrument/Document: 201632240 In the County of Cumberland, State of Pennsylvania.
Property Address: 524 GRANDVIEW AVE, CAMP HILL, PA 17011 in the Borough of WORMLEYSBURG

I do certify that the precise address of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER is 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019
Attested By: _____
Tsedale Alemu

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $201,188.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's interest under the Security Instrument.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

TO HAVE AND TO HOLD the said Security Instrument, and the said property unto the said assignee forever, subject to the terms contained in said Security Instrument.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR TIDEWATER MORTGAGE SERVICES, INC., ITS SUCCESSORS AND ASSIGNS
On October 11th, 2019

By: _____
TSEDALE ALEMU, Vice-President

STATE OF Texas
COUNTY OF Dallas

On October 11th, 2019, before me, MOHAMED S. HAMEED, a Notary Public in and for Dallas in the State of Texas, personally appeared TSEDALE ALEMU, Vice-President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR TIDEWATER MORTGAGE SERVICES, INC., ITS SUCCESSORS AND ASSIGNS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
MOHAMED S. HAMEED
Notary Expires: 03/14/2020 #11340097

MOHAMED S. HAMEED
Notary Public, State of Texas
Comm. Expires 03-14-2020
Notary ID 11340097

(This area for notarial seal)

**TAMMY SHEARER
RECORDER OF DEEDS
CUMBERLAND COUNTY
1 COURTHOUSE SQUARE
CARLISLE, PA 17013
717-240-6370**



Instrument Number - 201924504
Recorded On 10/17/2019 At 8:13:36 AM
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number -          User ID
* Mortgagor - KIRK, KASEY J
* Mortgagee - NATIONSTAR MORTGAGE LLC
* Customer - SIMPLIFILE LC E-RECORDING

* Total Pages - 3

* FEES

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| STATE JCS/ACCESS TO JUSTICE | $40.25 |
| RECORDING FEES – RECORDER OF DEEDS | $12.00 |
| PARCEL CERTIFICATION FEES | $15.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TOTAL PAID | $72.75 |

**Certification Page**

**DO NOT DETACH**

This page is now part of this legal document.

Cumberland County UPI Certification
On October 17, 2019 By DC

PARCEL IDENTIFICATION NUMBER

Total Parcels: 1

I Certify this to be recorded
in Cumberland County PA



**RECORDER OF DEEDS**

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

CERTIFIED PROPERTY IDENTIFICATION NUMBERS
47-19-1590-017 -     WORMLEYSBURG
CCGIS REGISTRY 11/14/2019 BY TB

Prepared By:
Dave LaRose/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683
(800)346-9152

When Recorded Return To:
Nationstar Mortgage LLC
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019**, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS, 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (180)065-4456 x6, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**.

Said Mortgage dated 11/29/2016, in the amount of $201,188.00 made by **KASEY J. KIRK** to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR TIDEWATER MORTGAGE SERVICES, INC., ITS SUCCESSORS AND ASSIGNS recorded on 12/05/2016, in the Office of the Recorder of Deeds of **CUMBERLAND** County, in the State of **Pennsylvania**, in **Instrument # 201632240**.

Property is more commonly known as: 524 GRANDVIEW AVE WORMLEYSBURG BOROUGH, CAMP HILL, PA 17011.

See Exhibit attached for Assignments, Modifications etc.

**Dated this 13th day of November in the year 2019**
**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**

By: _K. Eisele_
**KOSTADINA EISELE**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 13th day of November in the year 2019, by Kostadina Eisele as VICE PRESIDENT of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**KARIN CHANDIAS**
COMM EXPIRES: 07/28/2023



KARIN CHANDIAS
Notary Public - State of Florida
Commission # GG 359792
My Comm. Expires Jul 28, 2023
Bonded through National Notary Assn.

Assignment of Mortgage from:
**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR),**
to:
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS, 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (180)065-4456 x6, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor: **KASEY J. KIRK**

All that certain lot or piece of ground situated in
Mortgage Premise: 524 GRANDVIEW AVE WORMLEYSBURG BOROUGH
            CAMP HILL, PA 17011
            CUMBERLAND
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

**Certificate of Residence**

I, **Kostadina Eisele**, do certify that the precise address of the within named Assignee is:
**MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOCIATION, WHOSE ADDRESS IS, 999 NW GRAND BOULEVARD, SUITE 100, OKLAHOMA CITY, OK 73118 (180)065-4456 x6, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

_____
**KOSTADINA EISELE**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

"EXHIBIT"

Assignment: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR TIDEWATER MORTGAGE SERVICES, INC., ITS SUCCESSORS AND ASSIGNS TO NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER DATED 10-11-2019. REC: 10-17-2019 INSTR# 201924504

**TAMMY SHEARER**
**RECORDER OF DEEDS**
**CUMBERLAND COUNTY**
**1 COURTHOUSE SQUARE**
**CARLISLE, PA 17013**
**717-240-6370**



Instrument Number - 201927588
Recorded On 11/14/2019 At 8:12:55 AM
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number -              User ID
* Mortgagor - KIRK, KASEY J
* Mortgagee - MIDFIRST BANK
* Customer - SIMPLIFILE LC E-RECORDING
* FEES

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| STATE JCS/ACCESS TO JUSTICE | $40.25 |
| RECORDING FEES - RECORDER OF DEEDS | $11.50 |
| PARCEL CERTIFICATION FEES | $15.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TOTAL PAID | $72.25 |

* Total Pages - 4

**Certification Page**

**DO NOT DETACH**

This page is now part of this legal document.

Cumberland County UPI Certification
On November 14, 2019 By TB

PARCEL IDENTIFICATION NUMBER

Total Parcels: 1

I Certify this to be recorded
in Cumberland County PA



**RECORDER OF DEEDS**

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

