# EXHIBIT D

## LOCAL BANKRUPTCY FORM 4001-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kasey Jay Kirk | Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK | Moving Party | NO. 23-00436 HWV |
| vs. | | |
| Kasey Jay Kirk | Debtor(s) | |
| Jack N. Zaharopoulos | Trustee | |

### POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED NOVEMBER 29, 2016

Mortgage Recorded on December 05, 2016, in Cumberland County as Instrument Number 201632240.

**Property Address:**
524 Grandview Avenue Camp Hill, PA 17011

**Mortgage Servicer**
MidFirst Bank

**Post Petition mailing address for Debtor(s) to send payments:**
999 Grand Boulevard, Suite 100, Oklahoma City OK, 73118.

**Mortgagor(s)/Debtor(s):**

Kasey Jay Kirk

**Payments are contractually due:**    Monthly_X_    Semi-Monthly___    Bi-Weekly___    Other____

**Monthly Payment is comprised of:**

| | |
|---|---|
| Principal & Interest: | $931.73_____ |
| R.E. Taxes: | $_____ |
| Insurance: | $_____ |
| Late Charge: | $_____ |
| Other: | $591.25_____ (Specify: Escrow) |
| **TOTAL:** | $1,522.98_____ |

**POST PETITION PAYMENTS (Petition was filed on February 28, 2023)**

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | Suspense |
|---|---|---|---|---|---|
| $1,522.98 | 03/01/2023 | | $0.00 | | - |
| $1,522.98 | 04/01/2023 | | $0.00 | | - |
| $1,522.98 | 05/01/2023 | | $0.00 | | - |
| Total Due: $4,568.94 | | Total Received: $0.00 | | Arrears: $4,568.94 | |

(Continue on attached sheets if necessary)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 3 as of 05/09/2023.

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $4,568.94 as of 05/09/2023.

Dated: _5·25·2023_

_Crystal Baker_
Mortgage Company

_Crystal Baker_        **Vice President**
(Print Name and Title)