IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kasey Jay Kirk<br>     Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK<br>     Movant<br> vs.<br>Kasey Jay Kirk<br>     Debtor(s) | NO. 23-00436 HWV |
| Jack N. Zaharopoulos<br>     Trustee | 11 U.S.C. Section 362 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

MIDFIRST BANK has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

 1. If you do not want the court to grant the relief sought in the motion, then on or before **June 15, 2023,** you or your attorney must do all of the following:
  (a) file an answer explaining your position at:
    U.S. BANKRUPTCY COURT
    THE SYLVIA H. RAMBO US COURTHOUSE
    1501 NORTH 6TH STREET
    HARRISBURG, PA 17102
If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
  (b) mail a copy to the movant's attorney:
    Brian C. Nicholas, Esq.
    KML Law Group, P.C.
    Suite 5000 - BNY Independence Center
    701 Market Street
    Philadelphia, PA 19106-1532

 2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

 3. A hearing on the motion is scheduled to be held before the Honorable Henry W. Van Eck, the United States Bankruptcy Judge at the United States Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse, Bankruptcy Courtroom 8, 4th Floor, 1501 N. 6th St., Harrisburg, PA 17108 on **July 11, 2023 at 09:30 AM**, or as soon thereafter as counsel can be heard, to consider the motion.

 4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

 5. You may contact the Bankruptcy Clerk's office at 717-901-2800 to find out whether the hearing has been canceled because no one filed an answer.

June 01, 2023

/s/Brian C. Nicholas
Brian C. Nicholas, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
bnicholas@kmllawgroup.com