**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Kasey Jay Kirk | Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK | Movant | |
| vs. | | NO. 23-00436 HWV |
| Kasey Jay Kirk | Debtor(s) | |
| Jack N. Zaharopoulos | Trustee | 11 U.S.C. Section 362 |

**CERTIFICATE OF NON-CONCURRENCE**

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

Respectfully submitted,

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorneys for Movant/Applicant