# EXHIBIT D

# LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kasey Jay Kirk | Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK vs. | Moving Party | NO. 23-00436 HWV |
| Kasey Jay Kirk | Debtor(s) | |
| Jack N. Zaharopoulos | Trustee | |

## POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED NOVEMBER 29, 2016

Mortgage Recorded on <u>December 05, 2016</u>, in Cumberland County as Instrument Number 201632240.

**Property Address:**
524 Grandview Avenue Camp Hill, PA 17011

**Mortgage Servicer**
MidFirst Bank

**Post Petition mailing address for Debtor(s) to send payments:**
999 Grand Boulevard, Suite 100, Oklahoma City OK, 73118.

**Mortgagor(s)/Debtor(s):**

Kasey Jay Kirk

**Payments are contractually due:**   Monthly_X_   Semi-Monthly___   Bi-Weekly___   Other____

**Monthly Payment is comprised of:**
Principal & Interest:    $931.73_____
R.E. Taxes:              $_____
Insurance:               $_____
Late Charge:             $_____
Other:                   $591.25_____ (Specify: Escrow)
**TOTAL:**               $1,522.98_____

Rev. 09/01/14

## POST PETITION PAYMENTS (Petition was filed on February 28, 2023)

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | Suspense |
|---|---|---|---|---|---|
| $1,522.98 | 03/01/2023 |  | $0.00 |  | - |
| $1,522.98 | 04/01/2023 |  | $0.00 |  | - |
| $1,522.98 | 05/01/2023 |  | $0.00 |  | - |
| Total Due: $4,568.94 || Total Received: $0.00 || Arrears: $4,568.94 |

(Continue on attached sheets if necessary)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 3 as of 05/09/2023.

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $4,568.94 as of 05/09/2023.

Dated: 5-25-2023

_Crystal Baker_
Mortgage Company

Crystal Baker    Vice President
(Print Name and Title)