IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: Kasey Jay Kirk | Debtor(s) | | CHAPTER 13 |
| MIDFIRST BANK | Movant | | |
| vs. | | | NO. 23-00436 HWV |
| Kasey Jay Kirk | Debtor(s) | | |
| Jack N. Zaharopoulos | Trustee | | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Brian C. Nicholas, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of MIDFIRST BANK for Relief From Automatic Stay and notice of motion, response deadline and hearing date have been served on June 02, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Kasey Jay Kirk
524 Grandview Avenue
Camp Hill, PA 17011

Attorney for Debtor(s)
Kara Katherine Gendron, Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Dorothy L. Mott, Esq.
125 State Street (VIA ECF)
Harrisburg, PA 17101

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the US Trustee
P.O. Box 969
Harrisburg, PA 17108

Date: June 02, 2023

/s/Brian C. Nicholas
Brian C. Nicholas, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
bnicholas@kmllawgroup.com