## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kasey Jay Kirk | | CHAPTER 13 |
| | Debtor(s) | |
| MIDFIRST BANK | Moving Party | |
| vs. | | NO. 23-00436 HWV |
| Kasey Jay Kirk | Debtor(s) | |
| Jack N. Zaharopoulos | Trustee | 11 U.S.C. Section 362 |

### CERTIFICATE OF CONCURRENCE

Debtor has concurred with the request for relief in this Request to Continue Hearing.

        Respectfully submitted,

        /s/ Michael P. Farrington
        Michael P. Farrington, Esq.
        Attorneys for Movant/Applicant