IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kasey Jay Kirk<br>　　　　　　　　Debtor(s)<br><br>MIDFIRST BANK<br>　　　　　　　　Movant<br>　　vs.<br><br>Kasey Jay Kirk<br>　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | BK NO. 23-00436 HWV<br><br>Chapter 13<br><br>Related to Claim No. 9 |

## CERTIFICATE OF SERVICE OF
## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 6, 2023, I caused to be served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kasey Jay Kirk
524 Grandview Avenue
Camp Hill, PA 17011

Attorney for Debtor(s)
(VIA ECF)
Kara Katherine Gendron, Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Dorothy L. Mott, Esq.
125 State Street (VIA ECF)
Harrisburg, PA 17101

Trustee
(VIA ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: July 6, 2023

　　　　　　　　　　　　　　　　　　　/s/ Michael P. Farrington
　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com