| | |
|---|---|
| In re: | Case No. 23-00436-HWV |
| Kasey Jay Kirk | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Sep 12, 2023 | Form ID: pdf010 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kasey Jay Kirk, 524 Grandview Avenue, Camp Hill, PA 17011-1812 |
| 5524945 | + | B&T CHEESE CO, 5890 LINCOLN HWY, YORK, PA 17406-8902 |
| 5524946 | + | BOROUGH OF WORMLEYSBURG, 20 MARKET STREET, WORMLEYSBURG, PA 17043-1699 |
| 5524950 | | CUMBERLAND COUNTY TAX BUREAU, 21 WATERFORD DRIVE, STE 201, MECHANICSBURG, PA 17050-8268 |
| 5524951 | | DIRECTV CUSTOMER SERVICE (p) NO, BANKRUPTCY CLAIMS, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550 |
| 5524952 | + | GARY J. IMBLUM, ESQUIRE, IMBLUM LAW OFFICES, P.C., 4615 DERRY STREET, HARRISBURG, PA 17111-2660 |
| 5524953 | + | HOLY SPIRIT HOSPITAL, 503 N 21ST STREET, CAMP HILL, PA 17011-2288 |
| 5524954 | + | HYNUM LAW, 2608 NORTH THIRD STREET, PO BOX 5620, HARRISBURG, PA 17110-0620 |
| 5524957 | + | JOHN GROSS & COMPANY INC, 400 CHERYL AVE, MECHANICSBURG, PA 17055-3319 |
| 5524958 | | JSDC LAW OFFICES, 111 EAST CHOCOLATE, AVE 300, HERSHEY, PA 17033 |
| 5524960 | + | LAW OFFICE OF PETER RUSSO, PC, 245 GRANDVIEW AVE, STE 102, CAMP HILL, PA 17011-1711 |
| 5524961 | + | MARTSON LAW OFFICES, TEN EAST HIGH STREET, CARLISLE, PA 17013-3093 |
| 5524964 | + | NATIONWIDE MORTGAGE, 1100 LOCUST STREET, DES MOINES, IA 50391-1100 |
| 5524966 | | PPL ELECTRIC UTILITIES CORPORATION, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5524967 | + | SYSCO CENTRAL PENNSYLVANIA, LLC, 3905 COREY ROAD, HARRISBURG, PA 17109-5930 |
| 5524968 | + | THADDEUS EISENHOWER, 999 OAK LANE G, NEW CUMBERLAND, PA 17070-1343 |
| 5527402 | + | U.S. Foods, INc., Hynum Law, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 5524970 | ++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009 address filed with court:, UGI CORP, 225 MORGANTOWN RD, READING, PA 19611 |
| 5524973 | + | UPMC CENTRAL PA HOSPITAL, PO BOX 2353, HARRISBURG, PA 17105-2353 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5524947 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2023 18:41:04 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5524948 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2023 18:41:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5524949 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2023 18:41:00 | COMMONWEALTH OF PA, DEPT OF REV, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5528617 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2023 18:41:27 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5524971 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 12 2023 18:41:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5525261 | Email/Text: G06041@att.com | Sep 12 2023 18:41:00 | Directv, LLC, by American InfoSource as agent, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 5072, Carol Stream, IL 60197-5072 |
| 5524955 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2023 18:41:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5524959 | ^ | MEBN | Sep 12 2023 18:36:19 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5535305 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 12 2023 18:41:09 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5524962 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 12 2023 18:41:27 | MIDFIRST BANK, 999 NW GRAND BLVD, STE 100, OKLAHOMA CITY, OK 73118-6051 |
| 5524963 | | Email/Text: Bankruptcies@nragroup.com | Sep 12 2023 18:41:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5524965 | | Email/Text: csc.bankruptcy@amwater.com | Sep 12 2023 18:41:00 | PENNSYLVANIA AMERICAN WATER CO, PO BOX 371412, PITTSBURGH, PA 15250-7412 |
| 5525145 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5530281 | | Email/Text: bkrcy@ugi.com | Sep 12 2023 18:41:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 5524972 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 12 2023 18:41:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5524975 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Sep 12 2023 18:41:00 | US FOODS INC, PO BOX 824038, PHILADELPHIA, PA 19182-4038 |
| 5524974 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Sep 12 2023 18:41:00 | US FOODS INC, 9399 WEST HIGGINS RD, STE 100, ROSEMONT, IL 60018-4910 |
| 5524976 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 12 2023 18:41:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5524977 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2023 18:41:04 | VERIZON BY AMERICAN INFOSOURCE, 4515 NORTH SANTA FE AVENUE, OKLAHOMA CITY, OK 73118-7901 |
| 5524978 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 12 2023 18:41:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5537655 | | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2023 18:41:21 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5524969 | | TK RESTAURANTS, LLC (CLOSED) |
| 5524956 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Kasey Jay Kirk DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Kasey Jay Kirk karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| KASEY JAY KIRK, | : | |
| | : | CASE NO. 1:23-bk-00436-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 42, as well as the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 37, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 12, 2023